# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

KIRA RICHARDSON,

Appellant,

v.

DAVID RICHARDSON,

Appellee.

No. 2D2023-2009

_____

May 22, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Manatee County; Kevin Bruning, Judge.

Jenny Golden of Jenny Golden, P.A., Bradenton; and Richard Barton Ray of Paster, Ray & Cohen, P.A., Bradenton, for Appellant.

Jonathan E. Hackworth of Hackworth Law, P.A., Tampa, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, MORRIS, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.